UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAND & SAAJ HOSPITALITY, LLC d/b/a RAMADA INN LTD, AIRPORT,<br><br>                                        Plaintiff,<br><br>v.<br><br>WESTERN HERITAGE INSURANCE COMPANY,<br><br>                                        Defendant. | Case No. 13-CV-00412-F |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate that the above-entitled action shall be dismissed without prejudice as to all of Plaintiff's claims against Defendant. Each party shall bear its own costs of court.

Dated: July 29, 2012.

| | |
|---|---|
| */s/ William A. Kendall* | /s/ Michael L. Carr |
| William A. Kendall | Michael L. Carr, OBA #17805 |
| Peter A. Erdoes, OBA #11298 | Gus H. Buthman, OBA #22089 |
| Smith Kendall, PLLC | First Place |
| 9400 N. Central Expy., Ste. 910 | 15th East 5th Street |
| Dallas, Texas 75231 | Suite 3900 |
| (214) 361-6124 | Tulsa, Oklahoma 74103 |
| (214) 361-61260 (fax) | (918) 295-8888 |
| wk@smith-kendeall.com | (918) 295-8889 (fax) |
| peter.erdoes@gte.net | MikeCarr@HoldenLitigation.com |
| | GusButhman@HoldenLitigation.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDNAT |